UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
::
SARAH PATE,
:
Appellant,
:  21 Civ. 9517 (JPC)
-v-
:  ORDER
TRONOX INCORPORATED and GARRETSON
RESOLUTION GROUP, INC.,
:
Appellees.
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On May 13, 2022, the Court received *pro se* Appellant Sarah Pate's request to proceed without prepayment of fees, dated April 20, 2022. *See* Dkt. 3. Because Appellant did not file an Application to Proceed Without Prepaying Fees or Costs, on May 17, 2022, the Court directed Appellant to complete and submit to the Court such Application within seven days of service of the Court's May 17, 2022 Order. Dkt. 5. The docket reflects that the May 17, 2022 Order was mailed to Appellant on May 18, 2022 at the address provided on the docket. The deadline for Appellant to file her Application to Proceed Without Prepaying Fees or Costs has long passed, but Appellant has not filed such Application as directed by the Court.

Accordingly, it is hereby ORDERED that this case is dismissed without prejudice for failure to pay the filing fee. *See Michalek v. Ring*, 131 F.3d 131, 131 (2d. Cir. 1997) (holding that the district court properly dismissed the appellant's bankruptcy appeal for failing to pay the filing fee or apply for IFP status).

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Appellant, and close this case.

SO ORDERED.

Dated: August 17, 2022
       New York, New York

                                        JOHN P. CRONAN
                                 United States District Judge